UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. AMY WU,

                      **Plaintiff,**

      -against-

ADVANTAGECARE PHYSICIANS, P.C.,           Case No. 17-CV-07067

                    **Defendant.**
-----------------------------------------------------------------X

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AdvantageCare Physicians, P.C. hereby certifies that it does not have a parent company (Health Insurance Plan of Greater New York is an affiliate), and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
         September 19, 2017

                                            COZEN O'CONNOR
                                            Attorneys for Defendant

                       By: _____
                                Michael C. Schmidt (MS7841)
                                277 Park Avenue
                                New York, New York 10172
                                (212) 453-3937